**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LYNDON JACKSON,<br><br>    Defendant. | Case No. 3:06-cr-00095-LRH-CSD<br><br>**Order for Production of Documents** |

    Upon motion of Lyndon Jackson pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

    IT IS HEREBY ORDERED that the Nevada Department of Corrections must produce all programming, treatment, and disciplinary records pertaining to Lyndon Jackson as set forth in the subpoena.

    DATED: May 1st, 2023.

                                               _/s/ Larry R. Hicks_

                                               LARRY R. HICKS<br>
                                               UNITED STATES DISTRICT JUDGE